■   H. NOVINSON & CO., INC., Appellant-Respondent, v CITY OF NEW YORK (KOSCIUSKO POOL), Respondent-Appellant.—Order, Supreme Court, New York County, entered on March 19, 1979, unanimously affirmed. Defendant-respondent-appellant shall recover of plaintiff-appellant-respondent $75 costs and disbursements of this appeal. The cross appeal of defendant-respondent-appellant is dismissed on the ground that defendant

was not an aggrieved party, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Sullivan, Lane and Ross, JJ.